# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Annette Williams, | Court File No. 19-cv-01536 PJS/SER |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Unlimited Progress Corp. d/b/a Creditors Discount and Audit, Trans Union LLC, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Annette Williams and Defendant Unlimited Progress Corp. d/b/a Creditors Discount and Audit ("Unlimited"), by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is, dismissed on its merits with prejudice, without costs or disbursements to any party. The parties agree that the Court may enter its Order for Dismissal With Prejudice pursuant to this Stipulation without further appearance by any party.

Dated: July 23, 2019         By *s/ David J.S. Madgett*
                             David J.S. Madgett (#0390494)
                             619 South Tenth Street, Suite 301
                             Minneapolis, MN 55404
                             (612) 470-6529
                             dmadgett@madgettlaw.com

                             *Attorney for Plaintiff*

**BASSFORD REMELE**
*A Professional Association*

Dated:  July 23, 2019    By *s/ Jessica L. Klander*
Michael A. Klutho (MN #186302)
Jessica L. Klander (MN #392290)
Attorneys for Unlimited Progress Corp. d/b/a
Creditors Discount & Audit Co.
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:   (612) 333-3000
Facsimile:     (612) 333-8829
mklutho@bassford.com
 jklander@bassford.com