UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ANNETTE WILLIAMS, | Case No. 19-CV-1536 (PJS/SER) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| UNLIMITED PROGRESS CORP. D/B/A CREDITORS DISCOUNT AND AUDIT, TRANS UNION LLC, | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on July 23, 2019 [ECF No. 8],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  July 24, 2019

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge